DEBORAH M. SMITH
Acting United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6511/6510
Fax:(907)353-6501

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    Plaintiff,<br><br>    v.<br><br>**KRIS DARRAL PETERSEN**<br><br>    Defendant | Case Number<br><br>**COUNT I**<br>Driving While License Suspended, Revoked, or in Violation of a Limitation<br>(Class A Misdemeanor)<br>Violation of AS § 28.15.291 and 18 U.S.C. § 13<br><br>**INFORMATION** |

THE SPECIAL ASSISTANT UNITED STATES ATTORNEY CHARGES:

COUNT I

That on or about the 30th day of January, 2006, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, KRIS DARRAL PETERSEN, drove a motor vehicle on a vehicular way at a time when his driver's license, privilege to drive, or privilege to

obtain a license had been suspended or revoked, in violation of Alaska Statutes § 28.15.291, as assimilated into federal law by operation of 18 U.S.C. § 13.

Dated this __17th_ day of February, 2006, at Fairbanks, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/J. Thomas Bartleson
        J. THOMAS BARTLESON
        Special Assistant U.S Attorney
        101 12th Avenue, Room 310
        Fairbanks, Alaska 99701
        Telephone: (907)353-6554/6500
        Fax: (907)353-6501
        Email: tom.bartleson@us.army.mil
        Bar #: