UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> KRIS DARRAL PETERSEN </u>

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                                        CASE NO.  <u>4:06-cr-00008-TWH</u>

<u> CAROLYN BOLLMAN </u>


<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 24, 2006</u>


**ARRAIGNMENT** in the above-case is hereby set for **Thursday, March 23, 2006 at 11:00 a.m.** before Terrance W. Hall, U.S. Magistrate Judge, in Courtroom 2, Room 326, U.S. Courthouse, 101 12th Avenue, Fairbanks, Alaska.

[]{IA.WPD*Rev.12/96}