AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 4:06-cr-0008-TWH |
| KRIS DARRAL PETERSEN | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283 | Room<br>326 |
|---|---|
| Before: TERRANCE W HALL, U.S. MAGISTRATE JUDGE | Date and Time<br>March 23, 2006 11:00 a.m. |

To answer a(n)
[] Indictment  [X] Information  [] Complaint  [] Violation Notice  [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 13

Brief description of offense:
DRIVING WHILE LICENSE SUSPENDED

| Ida Romack, Clerk of Court | February 24, 2006 Fairbanks, AK |
|---|---|
| Signature of Issuing Officer | Date and Location |
| by _____ Deputy Clerk | |
| Name and Title of Issuing Officer | |

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you **may** be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]

Date: 3-1-2006

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

Tom Milligrock Jr. (Half Brother)

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 3-1-2006
Date

Randy Johnson
Name of United States Marshal

Nolland K. Sands
(by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.