Richard W. Wright, P.C.
250 Cushman Street, Suite 500
Fairbanks, Alaska  99701
(907) 451-8605
Fax: (907) 451-8607

Counsel for Kris Darral Peterson

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KRIS DARRAL PETERSON, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) Case No. 4:06-cr-0008-TWH |

## **ENTRY OF APPEARANCE**

Richard W. Wright enters his appearance on behalf of the Defendant, Kris Darral Peterson, in this matter.  Service on Defendant shall be through his attorney at 250 Cushman Street, Suite 500; Fairbanks, Alaska 99701.

RESPECTFULLY SUBMITTED this 22nd day of March, 2006.

RICHARD W. WRIGHT, P.C.

_____
Richard W. Wright, ABA #9009061
Counsel for Defendant