```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs KRIS DARRAL PETERSEN   CASE NO.  4:06-CR-0008-TWH
Defendant: _X_ Present  ___ In Custody  ___ On Summons  ___ On Bond

BEFORE THE HONORABLE        TERRANCE W. HALL

DEPUTY CLERK/RECORDER:      MISTY DAVENPORT

UNITED STATES ATTORNEY:     CAPT. J. THOMAS BARTLESON

DEFENDANT'S ATTORNEY:       RICHARD WRIGHT

U.S.P.O.:                   TONI OSTANIK

PROCEEDINGS: ARRAIGNMENT  Held : 03-23-06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:58 a.m. court convened.

_X_ Copy of Inf/Ind/Cmplt given to defendant: waived reading.

_X_ Defendant sworn.

_X_ Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: KRIS DARRAL PETERSEN

_X_ PLEA(S):   ___ Guilty to Counts _____
               _X_ Not Guilty to Counts 1 of Information

_X_ Counsel advised of trial date:   May 24, 2006 @ 8:30 a.m.

_X_ Court accepted plea(s).

_X_ Consent to be filed by March 29, 2006 or case shall be trans-
    ferred to U.S. District Judge.

_X_ Conditions of Release filed.

_X_ Pretrial motions due  April 13, 2006

_X_ OTHER: Discovery shall be exchanged by April 3, 2006.  A Final
Pretrial Conference is set for 2:00 p.m. on May 18, 2006.

At 11:10 a.m. court adjourned.

DATE:  03-24-06        DEPUTY CLERK'S INITIALS:    MLD