DEBORAH M. SMITH
Acting United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6511/6510
Fax:(907)353-6501

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.  4:06-CR-00008 (TWH) |
| Plaintiff, | |
| v. | **COUNT ONE**<br>Drivers must be licensed<br>AK § 28.15.011(b) |
| **KRIS DARRAL PETERSEN** , | |
| Defendant. | |

## S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney Charges:

### COUNT ONE

        That on or about the 30th day of January, 2006, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant KRIS DARRAL PETERSEN, did unlawfully drive a motor vehicle without having a valid driver's license in his possession, in violation of Alaska Statutes § 28.15.011(b) as

assimilated into Federal law by operation of 18 U.S.C. § 13.

Dated this 25th Day of April, 2006, at Fort Wainwright, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

/s/ J. Thomas Bartleson
J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6513/6500
Fax: (907)353-6501
MT Bar Number:  6009

**CERTIFICATE OF SERVICE**

I certify that on April 25h, 2006,
a copy of this SUPERSEDING INFORMATION,
was served electronically on:

Richard W. Wright, Esq.

/s/ J. Thomas Bartleson