Richard W. Wright, P.C.
250 Cushman Street, Suite 500
Fairbanks, Alaska  99701
(907) 451-8605
Fax: (907) 451-8607

Counsel for Kris Darral Peterson

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| KRIS DARRAL PETERSON, | ) ) |
| Defendant. | ) ) |
| _____) | Case No. 4:06-cr-0008-TWH |

### NOTICE OF INTENT TO CHANGE PLEA

Plaintiff and Defendant has negotiated a plea agreement.  Defendant will plead guilty to the Superseding Information in return for a fine of $225.00 and a special assessment of $25.00.

RESPECTFULLY SUBMITTED this 10th day of May, 2006.

RICHARD W. WRIGHT, P.C.

_____
Richard W. Wright, ABA #9009061
Counsel for Defendant