## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA   v.   KRIS DARRAL PETERSON 

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                          CASE NO.   4:06-cr-00008-TWH 

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: May 12, 2006

      Defendant, Kris D. Petersen has filed a Notice of Intent to Change Plea at Docket 11.  The above-referenced matter is Scheduled for a **Proposed Change of Plea Hearing at 1:30 p.m. on Thursday, May 18, 2006.**  Final Pretrial Conference originally set for May 18, 2006 at 2:00 p.m. and Trial by Jury set for May 24, 2006 are VACATED.