# UNITED STATES DISTRICT COURT

District of _____ ALASKA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | **(For a Petty Offense)** — Short Form |

CASE NUMBER:   4:06-CR-00008-TWH

KRIS DARRAL PETERSEN

USM NUMBER:   not processed

Richard W. Wright
Defendant's Attorney

**THE DEFENDANT:**

X  **THE DEFENDANT** pleaded guilty to count   1 of the Superseding Information.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| Title 18 U.S.C. § 13 | Drivers must be licensed. | 1/30/2006 | 1 |

☐ Count(s) _____ ☐ is ☐ are  dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ 10.00 | $ 225.00 |

5/18/2006

## REDACTED SIGNATURE

Signature of Judge

U.S. Magistrate Judge Terrance W. Hall
Name and Title of Judge

1 June 2006

Date